# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

**RODNEY LORENZO ALEXANDER,** :

    Petitioner, :

                                              CIVIL ACTION NO. 22-0249-KD-MU

                                      :

vs.                                    CRIMINAL NO. 18-00350-KD-MU

                                      :

**UNITED STATES OF AMERICA,**

                                      :

    Respondent.

## ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(l)(B) and dated November 21, 2022 (doc. 47) is ADOPTED as the opinion of this Court.

DONE and ORDERED this 21st day of December 2022.

                                                    s/ Kristi K. DuBose
                                                    KRISTI K. DuBOSE
                                                    UNITED STATES DISTRICT JUDGE