IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **RODNEY LORENZO ALEXANDER,** : | |
| Petitioner, : | |
| : | **CIVIL ACTION NO. 22-0249-KD-MU** |
| vs. : | **CRIMINAL NO. 18-00350-KD-MU** |
| : | |
| **UNITED STATES OF AMERICA,** : | |
| Respondent. | |

JUDGMENT

In accordance with the order entered this date, it is hereby ORDERED, ADJUDGED, and DECREED that Petitioner Rodney Lorenzo Alexander's motion to vacate, set aside or correct his sentence pursuant to 28 U.S.C. § 2255 (doc. 42) is DISMISSED as time barred.

It is further ORDERED, ADJUDGED and DECREED that Petitioner is not entitled to a certificate of appealability and he is not entitled to appeal *in forma pauperis*.

DONE and ORDERED this 21st day of December 2022.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE